UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL ODOM, #154143, | § § § | |
| Plaintiff, | § § | |
| V. | § | No. 3:22-1934-B |
| SHERIFF GARRETT, ET AL., | § § § | |
| Defendants. | § § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's amended complaint. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: May 5, 2023.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE